**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000523
17-OCT-2018
08:24 AM**

NO. CAAP-18-0000523

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DENA LUCIANO,
Plaintiff-Appellant,
v.
MAUI INTERNATIONAL ENTERTAINMENT, LLC,
dba FLEETWOOD'S ON FRONT STREET,
Defendant-Appellee,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE
PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10,
ROE NON-PROFIT CORPORATIONS,
AND ROE GOVERNMENT AGENCIES 1-10,
Defendants,
and
DAVID S. BRUSTEIN,
Intervenor-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 15-1-0057(2))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, C.J., and Reifurth and Chan, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed September 10, 2018, by Plaintiff-Appellant Dena Luciano, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with

prejudice.    The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, October 17, 2018.

Chief Judge

Associate Judge

Associate Judge